IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MAGIAN HARDY**                                                                                      **PLAINTIFF**

v.                              Case No. 4:25-cv-00135-LPR

**BOARD OF TRUSTEES OF THE**
**UNIVERSITY OF ARKANSAS –**
**PINE BLUFF**                                                                                         **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on May 13, 2025, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are dismissed without prejudice.

IT IS SO ADJUDGED this 20th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE